# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JIMMYDAN GIBBS**                                             **PLAINTIFF**

v.                 No. 3:25-cv-00040-KGB-ERE

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                          **DEFENDANT**

## ORDER

Plaintiff's motion to proceed *in forma pauperis* (*Doc. 1*) is GRANTED. Plaintiff may proceed without prepayment of fees and costs. The Clerk of Court will notify the Commissioner of this case pursuant to Rule 3 of the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g).

So Ordered 4 March 2025.

_____
UNITED STATES MAGISTRATE JUDGE