# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JIMMYDAN GIBBS**                                                   **PLAINTIFF**

**V.**                 **NO. 3:25-cv-00040-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                     **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff Jimmydan Gibbs' unopposed motion for attorney's fees under the Equal Access to Justice Act ("EAJA") seeking a total award of **$3,733.20**. *Doc. 14.* Plaintiff is entitled to an award of attorney's fees and the requested sum is reasonable.

Accordingly, Plaintiff's motion for attorney's fees (*Doc. 14*) is GRANTED. Plaintiff is awarded **$3,733.20** in attorney's fees under the EAJA.[1]

So Ordered 14 November 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check for EAJA fees should be made payable to Plaintiff but mailed to Plaintiff in care of Plaintiff's attorney at the attorney's office.